■ STANLEY BERNSTEIN et al., Appellants, v 1995 ASSOCI-ATES et al., Respondents. [604 NYS2d 718] —Order and judgment (one paper), Supreme Court, New York County (Carol E. Huff,

J.), entered May 13, 1993, and order of the same court entered on or about May 26, 1993, unanimously affirmed for the reasons stated by Huff, J., with one bill of $250 costs and disbursements of these appeals. No opinion. Concur—Murphy, P. J., Sullivan, Kupferman, Asch and Kassal, JJ.